PER CURIAM.
 

 We affirm the denial of Thomas L. Cramer’s motion to correct sentence filed under Florida Rule of Criminal Procedure 3.800(a). In reviewing the sentencing documents, we discovered a scrivener’s error in the judgment of Cramer’s Case No. 99-2987. Although the transcript of the sentencing hearing clearly indicates that the sentence in Case No. 99-2987 was to be served consecutively to the other sentences imposed at the same time, the written judgment fails to reflect that fact. On remand, a corrected sentencing document
 
 *791
 
 shall be prepared and a copy forwarded to the Department of Corrections.
 

 AFFIRMED and REMANDED.
 

 PALMER, C.J., ORFINGER and MONACO, JJ., concur.